UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JAMIE ANDERSON,
        Plaintiff,

v.                                                                                   CASE NO.:  08-CV-234

THE COUNTY OF LA CROSSE, and
SHERIFF STEVE HELGESON, CAPTAIN DORIS DAGGETT,
JAILER BILL OLSON, SERGEANT LEE SCHMITZ,
NURSE JACKIE HOLZER, NURSE SUE KRAMER,
NURSE DEBBIE LNU, CAPTAIN MICHAEL HORSTMAN,
RETIRED SHERIFF MIKE WEISSENBERGER, and JAILERS DOE,
All in their Individual Capacities.
        Defendants.

## ORDER FOR PROTECTIVE ORDER

Based upon the Stipulation of all parties by their counsel, as identified in the Joint Discovery Plan and Preliminary Trial Report dated July 14, 2008,

**IT IS HEREBY ORDERED:**

1. That any document(s) containing, referencing or describing the policies, procedures or protocols of Health Professionals, Ltd which are produced in discovery in this matter, or any testimony about said documents or their contents, shall not be disseminated, disclosed, published or otherwise used outside of this litigation.

2. That any document(s) containing, referencing or describing any contract or agreement between Health Professionals, Ltd. and any other person or entity, which are produced in discovery in this matter, or any testimony about said documents or their contents, shall not be disseminated, disclosed, published or otherwise used outside of this litigation.

Dated this 6TH day of August, 2008.

BY THE COURT:

_____
Honorable Barbara B. Crabb