IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

APR 3 0 2009

JAMIE ANDERSON,

   Plaintiff,

v.

COUNTY OF LA CROSSE, Sheriff
STEVE HELGESON, Captain DORIS
DAGGETT, Jailer BILL OLSON,
Sergeant LEE SCHMITZ, Nurse
JACKIE HOLZER, Nurse SUE
KRAMER, Nurse DEBBIE LNU,
Captain MICHAEL HORSTMAN,
Retired Sheriff MIKE
WEISSENBERGER, and Jailers DOE,
in their individual capacities,

   Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-234-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED THAT  judgment is entered in favor of defendants dismissing plaintiff's complaint.

_____
Peter Oppeneer, Clerk of Court

_____
4 / 30 / 09
Date